## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| SAVANAH HERNANDEZ,<br><br>*Plaintiff*,<br><br>v.<br><br>CHRISTOPHER OSTROUSHKO;<br>DEYANNA OSTROUSHKO; AND<br>PAIGE OSTROUSHKO,<br><br>*Defendants*. | Case No. _____<br><br>**COMPLAINT FOR BATTERY<br>AND ASSAULT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Savanah Hernandez, by and through her attorneys, Mohrman, Kaardal & Erickson, P.A, and Sweigart Murdock, LLP, for a Complaint against Defendants Christopher ("Chris") Ostroushko, DeYanna Ostroushko, and Paige Ostroushko, alleges and avers as follows:

### INTRODUCTION

1.      On April 11, 2026, Chris Ostroushko, his wife DeYanna Ostroushko, and their adult daughter Paige Ostroushko viciously and repeatedly attacked Hernandez, a journalist affiliated with Turning Point USA, Inc. ("TPUSA").

2.      When Savanah Hernandez tried to cover a "National Fuck ICE Day" protest outside the Bishop Henry Whipple Federal Building in Hennepin County, Minnesota, protesters surrounded Hernandez, shouted at her, and said vile things to her, apparently all because they perceived Hernandez and TPUSA as political enemies.

3.      Despite Hernandez's attempt to deescalate and avoid the particularly hostile individuals, matters escalated, and several of the protesters, including Chris, DeYanna, and Paige Ostroushko, violently attacked Hernandez, blowing loud whistles in her ears,

slapping her face with sex toys, breaking her glasses, shoving her, body slamming her, tackling her, and punching her, while at times encircling her so close as to prevent her escape.

4.     As a result of the Defendants' attack on her, Hernandez was physically injured and must also contend with the trauma of being attacked by a violent mob while trying to do her job.

5.     Hernandez brings this action to seek justice and accountability for the individuals who decided that differences of political opinion warranted a brutal attack on a young, female journalist.

## **PARTIES**

6.     Plaintiff Savanah Hernandez is, and all times relevant herein was, a citizen of the State of Texas.

7.     Upon information and belief, Defendant Christopher ("Chris") Ostroushko is, and all times relevant herein was, a citizen of the State of Minnesota.

8.     Upon information and belief, Defendant DeYanna Ostroushko is, and all times relevant herein was, a citizen of the State of Minnesota.

9.     Upon information and belief, Defendant Paige Ostroushko is, and all times relevant herein was, a citizen of the State of Wisconsin.

## **JURISDICTION & VENUE**

10.    Subject matter jurisdiction exists under 28 U.S.C. § 1332 because Hernandez, on the one hand, is a citizen of the State of Texas, and Defendants Chris,

DeYanna, and Paige Ostroushko, on the other hand, are citizens of Minnesota or other different states that do not include Texas.

11.    As further detailed below, based on the cumulative damages for the injuries at issue in this case, including physical injuries and emotional distress, as well as punitive damages, the amount in controversy exceeds $75,000.

12.    Venue is proper under 28 U.S.C. §1391(b)(2) because the events giving rise to this Complaint's claims, including Defendants' physical attack on Hernandez, occurred in Hennepin County, Minnesota, within the District of Minnesota.

## FACTUAL ALLEGATIONS

### I.    Savanah Hernandez's Background.

13.    Hernandez is a twenty-nine-year-old journalist.

14.    Hernandez is currently affiliated with TPUSA, which is a 501(c)(3) non-profit organization founded in 2012 by Charlie Kirk. The organization's mission is to identify, educate, train, and organize students to promote the principles of fiscal responsibility, free markets, and limited government. Hernandez covers current events for *Frontlines*, which is produced by TPUSA.

15.    In addition to her work for TPUSA, Hernandez is an independent journalist and regular contributor to national outlets like *Fox News*, the *New York Post*, and *Newsweek*.

16.    Hernandez frequently covers events like protests, rallies, and demonstrations live, filming the crowd up close and sometimes interviewing members of the crowd. While this work has sometimes resulted in fraught and hostile interactions, she has never

experienced a physically violent attack anywhere close in kind to the one at issue in this case. Hernandez's general journalistic reporting practice is to document what takes place with her iPhone. While she will sometimes engage with and interview event participants, she does not seek out and tries to avoid confrontations, especially after the September 10, 2025, public assassination of TPUSA's Founder and CEO, Charlie Kirk, and the subsequent celebration of his murder by certain people.

## II.     The Ostroushko Family's Background.

17.     Chris and Deyanna Ostroushko are husband and wife, and their daughter Paige Ostroushko, is a sophomore at the University of Wisconsin – Stevens Point, where she is or was a member of the collegiate soccer team.

18.     Chris Ostroushko has become a fixture of the Minneapolis anti-ICE protest scene that has emerged in opposition to federal immigration enforcement activities in Minnesota. Chris maintains the @mnangryman Instagram account, where he has over 27,000 followers. Below is a screenshot taken during the preparation of this Complaint of the Instagram account user profile for @mnangryman.



**mnangryman**
269 posts   27.1K followers   257 following

19.     Media personalities, including Jen Psaki of *MS NOW* and Tim Miller of the *Bulwark*, have featured Chris Ostroushko on their shows, interviewing him on his protest activities and views on federal immigration authorities.

20. On at least one occasion (as depicted in the photograph below), Paige Ostroushko, accompanied by Chris Ostroushko, attended a protest where she held a sign labeled, "Freedom Road Socialist Organization," which is a political party that espouses Marxism-Leninism and a communist revolution in America. Below is a screenshot of a photograph of Paige Ostroushko and Chris Ostroushko at a protest that an X (formerly Twitter) user had shared.



### III.    Defendants Attack Hernandez at the Whipple Building on April 11, 2026.

21. On April 11, 2026, protesters in various U.S. cities staged protests against federal immigration authorities as part of what they described as "National Fuck ICE Day." At these protests that unfolded in major cities across the country, protesters brought dildos (sex toys that resemble male genitalia) in large quantities.

22. One such protest occurred at the Bishop Henry Whipple Federal Building in Hennepin County, Minnesota (the "April 11 Protest").

23.     Upon information and belief, Chris, DeYanna, and Paige Ostroushko attended the April 11 Protest to demonstrate against federal immigration authorities.

24.     Hernandez attended the April 11 Protest in her capacity as a journalist, where she intended to film newsworthy, public portions of the event using her iPhone. Hernandez tried to cover the April 11 Protest the same way she has covered other protests and demonstrations, and she at no point sought a confrontation with anyone. At the April 11 Protest, Hernandez stated multiple times that she was not seeking a confrontation and that she had not attended this protest with the aim of interviewing anyone.

25.     A little over an hour after Hernandez (pictured below on the left) arrived at the Whipple Building, a protestor named William Kelly identified Hernandez as a journalist affiliated with TPUSA and began yelling at her and interrogating her about her political beliefs. Kelly, who is pictured below in a neon jacket, is one of the individuals who was arrested by federal authorities earlier this year for disrupting a house of worship, namely Cities Church in Saint Paul Minnesota. Kelly is under federal indictment related to that incident and was on pretrial release while at the April 11 Protest.



26.     Kelly, soon joined by other protesters, surrounded Hernandez, and their rhetoric became more hostile and inflamed, including mocking her Christian faith, calling her a "weak cowardly person" and a "bitch," and telling her that she's "earning a paycheck to betray the people of this nation, to betray the Constitution." From this loud, hostile, and inflamed rhetoric and protestor behavior, Hernandez got the impression that as a young woman of Hispanic heritage, Hernandez attracted particular ire and that protestors perceived her as a "traitor" of some kind.

27.     While other protestors shouted at her, Paige Ostroushko (pictured below with a black jacket and neck tattoo) further inflamed the situation by walking up to Hernandez, putting her face close to Hernandez's face, and addressing her in an angry, hostile matter.



28.     Paige Ostroushko demanded that Hernandez "stop fucking being here." Hernandez responded, "Why? I have a right to be here." Paige told Hernandez that she was doing nothing productive and shouted, "Get the fuck out!"

29.     At this point, one woman began blowing a bullhorn near Hernandez.

30.     Hernandez attempted to move away from Paige Ostroushko and to describe the protest for use in her reporting, but Paige followed her, staying very close to Hernandez's body.

31.     When Paige Ostroushko again pressed Hernandez on why she was there, Hernandez explained, "I want to know what Minnesotans have been dealing with since January, I want to know why this is important to you guys."

32.     Moments later, DeYanna Ostroushko entered the fray and began addressing Hernandez. Hernandez responded by asking DeYanna her views on ICE, to which DeYanna responded with a profanity-ridden tirade.

33.     When DeYanna Ostroushko (pictured below in a black hat) asked Hernandez whether ICE's enforcement actions affect her, Hernandez explained that they did not, as she was an American citizen living in America legally. DeYanna became visibly angry in response to Hernandez's response, insulting her, and asking, "what fucking race are you? Are you Asian?" While she was speaking, DeYanna came very close to Hernandez, repeatedly jabbing her finger in the air near Hernandez's face and shoving her while advancing toward her.



34.    While DeYanna Ostroushko harassed Hernandez, Paige Ostroushko stood behind Hernandez, and Chris Ostroushko (pictured in the second image below to Hernandez's left) stood behind Hernandez, both in a menacing manner.





35.     DeYanna Ostroushko continued to rant about ICE, while moving closer to Hernandez, and eventually shoving Hernandez as she spoke. Hernandez tried to back away from DeYanna, as Deyanna advanced toward her.

36.     DeYanna Ostroushko became so inflamed that another protestor who previously shouted at and insulted Hernandez held DeYanna back.

37.     Chris Ostroushko (a large and imposing man) then approached Hernandez from the back, screamed profanities in Hernandez's ear, and body checked her.



38.    At this point, Chris, DeYanna, and Paige Ostroushko had each lost their temper, and, as a family, were antagonizing Hernandez, while a few of the other protesters tried to hold the three Ostroushkos back.



39.    Paige Ostroushko screamed, "get the fuck out of here," after which Chris Ostroushko bellowed, "shut the fuck up!" at Hernandez.

- 11 -

40.     After another protestor held a visibly furious Chris Ostroushko back, the protestors as a group began heckling Hernandez.

41.     DeYanna Ostroushko again approached Hernandez, jeering at her, pressing her body against Hernandez's body, shoving her, and brandishing a dildo in her face, all while laughing maniacally.



42.     While some of the protestors tried to stop Chris, DeYanna, and Paige Ostroushko from harassing Hernandez, others began blowing whistles in Hernandez's ear.

43.     Hernandez moved away from DeYanna Ostroushko and tried to report what was happening in the video she was filming. At this point, Chris, DeYanna, and Paige Ostroushko were off to the side, and video footage shows Chris telling Paige to come back and to "blow the whistle in her fucking ear."

44.    An unidentified woman (pictured below wearing a purple hat) then approached Hernandez while Hernandez was recording a video with her iPhone and slapped Hernandez in the face with a large dildo.





45.    The man pictured above with dreadlocks approached Hernandez, stuck his finger near her face, and yelled, "you're a fucking agitator!"

46.     When Hernandez said, "don't touch me," the man yelled, "shut the fuck up!" The same unidentified woman then slapped Hernandez in the face again with a second dildo.



47.     Despite Hernandez's continuing efforts to move away from Chris, Paige, and DeYanna Ostroushko, several protestors, including Paige, approached Hernandez and started blowing whistles at her, including Paige, who came within inches of Hernandez's ear, blowing a whistle repeatedly (just as Chris had told Paige to do) before trying to shove Hernandez forward. Paige's whistle was so loud that while Paige was blowing the whistle, Hernandez could only hear the whistle, not the shouting protestors. This caused Hernandez's ear to ring, and Hernandez's ear continued ringing into the next day. Hernandez then moved toward the fence, hoping that law enforcement would see what was happening and break the mob up so Hernandez would not have to pass through the whole crowd to leave the protest.



48.      Seeing that no police officers were on their way, Hernandez began to try to exit the protest. Paige Ostroushko continued to follow Hernandez, blowing a whistle in her ear and pushing her. Hernandez tried to move away from Paige, ultimately using her hand to try to separate herself from Paige. By this point, however, and based on the events that followed, Hernandez perceived and believes that Paige was determined and intended to instigate a physical confrontation with Hernandez. Paige moved her face toward

Hernandez's open hand and made contact (Paige later claimed Hernandez hit her). Paige

then began pushing, shoving, and hitting Hernandez, including in the face. When

Hernandez attempted to move away from Paige, Paige pursued her, punching her and

shoving her. In the picture below, Paige can be seen hitting Hernandez, who fell down

toward a fence.



49.      Nobody in the crowd tried to help Hernandez at this point, and many

continued blowing whistles and shouting at her.

50.      As Hernandez continued to try to leave the protest and move in the direction

of law enforcement officers, DeYanna Ostroushko approached Hernandez from behind

again, yelling at Hernandez while attempting to physically contact her with her hand, arm, and body. Hernandez tried to defend herself from DeYanna by pushing DeYanna away from her.

51.    Some of the protestors recognized that DeYanna Ostroushko was the aggressor, as some held her back, while others continued to yell, some yelling "don't touch her!"

52.    Chris Ostroushko (pictured below in a blue sweatshirt) then jogged toward Hernandez and, without any provocation by Hernandez, violently shoved her forward onto the ground with both hands.







53.     Immediately after Hernandez got off the ground, Paige Ostroushko (pictured below in a black jacket with white stripes) and DeYanna (pictured below in a black hat) ran up to Hernandez and tried to prevent her from leaving, which caused Hernandez to

become afraid of immediately impending physical attack by Paige and DeYanna. Hernandez resisted Paige and DeYanna's physical attack against her, and Paige and DeYanna began punching and shoving Hernandez again, including shoving her through a closed parking gate and tackling her, while Hernandez yelled, "leave me alone!" During this attack, Paige and DeYanna broke Hernandez's glasses.



54.     After Paige and DeYanna Ostroushko's final attack, several of the protestors then escorted Hernandez, visibly shaken and afraid, away from the protest toward members of the Hennepin County Sheriff's Department, who were near the Whipple Building.

55.     Even as Hernandez attempted to leave, Chris Ostroushko continued to approach Hernandez, screaming at her in a menacing way, while five male protesters held him back.



56.     One individual told Hernandez that she was a "dumb motherfucker," but claimed "we stopped people from hitting you" and that "we told them to stop."

57.     Hernandez was then escorted to safety in the back of a police vehicle.

58.     Officers from the Hennepin County Sheriff's Department approached Paige at the protest, and Paige can be seen on video footage resisting arrest and trying to run from the officers.

## IV.    The Aftermath of Defendants' Attack of Hernandez.

59.     In video footage of the protestors after Hernandez left that was posted on the Internet, DeYanna Ostroushko can be seen repeating the word "Amazing!" as she watches what is presumably cell phone video footage of her family's attack on Hernandez. An unidentified male protestor can be heard saying, "Ah, I should have hit her." The same

footage shows Paige Ostroushko pantomiming her act of punching Hernandez to another protestor. An unidentified female protestor can be heard in the same footage saying to DeYanna, "oh did you tackle her?" followed by uproarious laughter. DeYanna admitted that she "tackled her and then I ran, I was like I'm getting out of here before the cops come," and pantomimed the act of pushing Hernandez to the ground. The protestor replied, "good job, mama!"

60.    Following Defendants' attack on her, Hernandez suffered both physical and emotional injuries.

61.    Hernandez suffered a concussion, strained muscles in her ankle and cervical spine, resulting in pain, including intense neck and lower back pain, headaches, dizziness, and lightheadedness.

62.    Hernandez had to seek medical treatment at an urgent care facility for physical medical treatment as of the injuries sustained during the Defendants' above-described attack on her person during the April 11 protest.

63.    Hernandez's prescription glasses were broken.

64.    Hernandez was further mentally and emotionally traumatized by being brutally attacked by multiple people while she was trying to do her job as a journalist. In the aftermath of the attack, Hernandez lost her composure and began crying while giving a news interview about the incident, and she has had multiple panic attacks and nightmares in the days following the April 11 Protest.

- 21 -

65.     As a result of the severe emotional distress she suffered, Hernandez canceled multiple media interviews and was both physically and mentally unable to work in her capacity as a journalist both for TPUSA and as an independent journalist.

66.     Hernandez continues to suffer from emotional distress resulting from the above-described attack on her person during the April 11 protest.

67.     The same day he attacked Hernandez, Chris Ostroushko posted an Instagram story where he called Hernandez a "bitch from Turning Point USA," falsely accusing both Hernandez and members of the Hennepin County Sheriff's Department of assaulting Paige.



68.     In a social media comment, a woman who described herself as Chris Ostroushko's "second daughter," however, described Chris's behavior as "honestly

disappointing and disturbing," stating that she has "experienced firsthand how [Chris] publicly and personally put me down simply because I don't align with their beliefs."



69.     On April 15, 2025, Chris and DeYanna Ostroushko joined the "Pushing the Limits" online show with their attorney, Trisha Pohland. Despite their vicious attack on Hernandez, Chris and DeYanna made it seem like they were the victims. Chris described the days following the attack as "hell"—for himself and his family. DeYanna further lied about what happened at the Whipple Building, accusing Hernandez of instigating the attack, despite video evidence to the contrary. Incredibly, DeYanna described Chris's act of violently shoving Hernandez as "defending his family." Ms. Pohland described the violent protest as a "celebration." When asked if Chris's attack on Hernandez was self-defense, Ms. Pohland, Chris's own attorney, did not describe the attack as self-defense, instead discussing Chris's supposedly "pure" intentions. Chris further described his

family's attack as "not really a beating," and incredibly, said Hernandez was "doing her hair" after she was attacked. DeYanna also asked viewers to look at a GoFundMe, which was set up to raise money for the Ostroushko family.

70.    On April 20, 2026, Chris and DeYanna Ostroushko gave an interview on *One America News*, in which Chris stated that the response to his actions was "overwhelming" and made him "second guess living in this country."

71.    On April 29, 2026, a federal grand jury indicted Chris, DeYanna, and Paige Ostroushko on assault and related charges, and the Hennepin County Attorney's Office likewise charged Chris with assault, all arising out of their attack on Hernandez at the April 11 Protest.

## CLAIMS FOR RELIEF

### COUNT I
### Battery
### (Against All Defendants)

72.    Hernandez incorporates and restates all her prior allegations as if fully restated herein.

73.    Chris Ostroushko battered Hernandez at the April 11 Protest when he body slammed her and again when he shoved her. These contacts were intentional by Chris, unpermitted by Hernandez, and offensive to Hernandez.

74.    DeYanna Ostroushko battered Hernandez at the April 11 Protest when she pushed her body against Hernandez's body, shoved her, punched her, and tackled her. These contacts were intentional by DeYanna, unpermitted by Hernandez, and offensive to Hernandez.

- 24 -

75. Paige battered Hernandez at the April 11 Protest when she repeatedly blew a whistle in Hernandez's ear, moved her face in contact with Hernandez's hand, pushed, shoved, punched, and tackled her. These contacts were intentional by Paige, unpermitted by Hernandez, and offensive to Hernandez.

76. Defendants acted with deliberate disregard for Hernandez's rights and safety while battering her.

77. As a direct and proximate result of Defendants' battery, Hernandez suffered physical injury, namely a concussion, strained muscles in her ankle and cervical spine, resulting in pain, including severe neck and lower back pain, headaches, dizziness, and lightheadedness, and severe emotional distress.

78. As a direct and proximate result of Defendants' battery, Hernandez suffered damage to personal property, namely her broken prescription glasses.

79. As a direct and proximate result of Defendants' battery, Hernandez suffered mental anguish and other non-tangible or mental harms and suffering.

80. As a direct and proximate result of Defendants' battery, Hernandez additionally suffered lost wages.

**COUNT II**
**Assault**
**(Against All Defendants)**

81. Hernandez incorporates and restates all her prior allegations as if fully restated herein.

82.     Chris Ostroushko assaulted Hernandez at the April 11 Protest when he body slammed her and again when he shoved her. Before, during, and after Chris engaged in these actions, Hernandez perceived that Chris threatened immediate further physical bodily harm to Hernandez with the present ability to carry out the threat.

83.     DeYanna Ostroushko assaulted Hernandez at the April 11 Protest when she brandished a dildo in Hernandez's face, pushed her body against Hernandez's body, shoved her, punched her, and tackled her. Before, during, and after DeYanna engaged in these actions, Hernandez perceived that DeYanna threatened immediate further physical bodily harm to Hernandez with the present ability to carry out the threat.

84.     Paige Ostroushko assaulted Hernandez at the April 11 Protest when she repeatedly blew a whistle in Hernandez's ear, moved her face in contact with Hernandez's hand, pushed, shoved, punched, and tackled her. Before, during, and after Paige engaged in these actions, Hernandez perceived that Paige threatened immediate further physical bodily harm to Hernandez with the present ability to carry out the threat.

85.     Defendants acted with deliberate disregard for Hernandez's rights and safety while assaulting her.

86.     As a direct and proximate result of Defendants' assault, Hernandez suffered physical injury, namely a concussion, strained muscles in her ankle and cervical spine, resulting in pain, including severe neck and lower back pain, headaches, dizziness, and lightheadedness, and severe emotional distress.

87.     As a direct and proximate result of Defendants' assault, Hernandez suffered damage to personal property, namely her broken prescription glasses.

- 26 -

88.    As a direct and proximate result of Defendants' assault, Hernandez suffered mental anguish and other non-tangible or mental harms, emotional distress and suffering.

89.    As a direct and proximate result of Defendants' assault, Hernandez additionally suffered lost wages.

## DEMAND FOR JURY TRIAL

90.    Pursuant to Federal Rule of Civil Procedure 38(b), Hernandez demands a trial by jury on all claims and issues so triable.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Savanah Hernandez prays that this Court enter judgment in her favor and provide the following relief:

a.  General, consequential, and special damages for pain, suffering, emotional distress medical bills, lost wages, and property damage in an amount to be proven at trial far in excess of the jurisdictional minimum of $75,000;

b.  Punitive damages;

c.  Her costs of suit, and any attorney's fees to which she is entitled by law or statute;

d.  Any temporary, preliminary, or permanent injunctive relief necessary to prevent Hernandez from suffering irreparable harm;

e.  Pre- and post-judgment interest; and

f.  Such other and further relief that may be just and proper.

Dated: May 6, 2026

Respectfully submitted,

**MOHRMAN, KAARDAL & ERICKSON, P.A.**
**LOCAL COUNSEL**

/s/ *Elizabeth A. Nielsen*
Erick G. Kaardal, MN. No. 229647
Elizabeth A. Nielsen, MN. No. 0403696
**MOHRMAN, KAARDAL & ERICKSON, P.A.**
150 South 5th Street, Suite 3100
Minneapolis, MN 55402
Telephone: (612) 341-1074
Email: kaardal@mklaw.com
Email: nielsen@mklaw.com

**SWEIGART MURDOCK, LLP**

*/s/ Jesse D. Franklin-Murdock*
Jesse D. Franklin-Murdock*
California Bar No. 339034
Karin M. Sweigart*
California Bar No. 247462
**SWEIGART MURDOCK, LLP**
1160 Battery Street, Suite 100
San Francisco, California 94111
Telephone: (415) 873-0123
Facsimile: (873) 890-0791
Email: Jesse@sm-llp.com
Email: Karin.Sweigart@sm-llp.com

*Attorneys for Plaintiff Savanah Hernandez*

*\*pro hac vice* forthcoming

- 28 -