STATE OF MINNESOTA )
) ss.
COUNTY OF SCOTT )

**Certificate of Service**

I hereby certify that on 05-13-2026 at 1622 hours at 3356 Malcom Ct SW, Prior Lake, MN 55372, I duly served the following:

- Summons in a Civil Action & Complaint for Battery & Assault -
- Civil Cover Sheet -

Upon the following party: Christopher Josih Ostroushko

____ Personally

✓ By leaving a copy at the usual abode with DAYANNA, a person of suitable age and discretion then residing therein

____ By leaving a copy with ____________

____ By posting a true copy of these documents in a conspicuous place upon the property

Deputy notations/observations

Scott County Sheriff's Office
Civil Process
301 Fuller Street S
Shakopee, MN 55379

| | |
|---|---|
| **File Type** | Summons & Complaint |
| **Court File#** | 0:26-CV-02517-JMB-DJF |
| **Civil File#** | 26900748 |
| **Served By** | Turek, Michael MBT144 |

By: [signature]
Deputy (Signature)

Dated: 5/13/26

STATE OF MINNESOTA )
) ss.
COUNTY OF SCOTT )

**Certificate of Service**

I hereby certify that on 05-13-2026 at 1622 hours at 3356 Malcolm Ct SW, Prior Lake, MN 55372, I duly served the following:

- Summons in a Civil Action & Complaint for Battery & Assault -
- Civil Cover Sheet -

Upon the following party: DaYanna Ostroushko

✓ Personally

____ By leaving a copy at the usual abode with ____________, a person of suitable age and discretion then residing therein

____ By leaving a copy with ____________

____ By posting a true copy of these documents in a conspicuous place upon the property

Deputy notations/observations

Scott County Sheriff's Office
Civil Process
301 Fuller Street S
Shakopee, MN 55379

| | |
|---|---|
| **File Type** | Summons & Complaint |
| **Court File#** | 0:26-CV-02517-JMB-DJF |
| **Civil File#** | 26900748 |
| **Served By** | Turek, Michael MBT144 |

By: Michael Turek
Deputy (Signature)

Dated: 5/13/26

STATE OF MINNESOTA )
) ss.
COUNTY OF SCOTT )

**Certificate of Service**

I hereby certify that on 05-13-2026 at 1622 hours at 3356 Malcom Ct SW, Prior Lake, MN 55372, I duly served the following:

- Summons in a Civil Action & Complaint for Battery & Assault -
- Civil Cover Sheet -

Upon the following party: Paige Marie Ostroushko

____ Personally

✓ By leaving a copy at the usual abode with DAYANNA, a person of suitable age and discretion then residing therein

____ By leaving a copy with ______________

____ By posting a true copy of these documents in a conspicuous place upon the property

Deputy notations/observations

Scott County Sheriff's Office
Civil Process
301 Fuller Street S
Shakopee, MN 55379

| | |
|---|---|
| **File Type** | Summons & Complaint |
| **Court File#** | 0:26-CV-02517-JMB-DJF |
| **Civil File#** | 26900748 |
| **Served By** | Turek, Michael MBT144 |

By: [signature]
Deputy (Signature)

Dated: 5/13/26