**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| SAVANAH HERNANDEZ,<br>*Plaintiff*,<br>v.<br><br>CHRISTOPHER OSTROUSHKO; DEYANNA OSTROUSHKO; AND PAIGE OSTROUSHKO,<br>*Defendants*. | Case No. 0:26-cv-02517<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

Plaintiff Savanah Hernandez, by and through her attorneys, Mohrman, Kaardal & Erickson, P.A, and Sweigart Murdock, LLP, and Defendants Christopher Ostroushko, DeYanna Ostroushko, and Paige Ostroushko (collectively, "Defendants"), each appearing *pro se*, stipulate as follows:

WHEREAS, the Complaint was filed herein on May 7, 2026 [Dkt. 1];

WHEREAS, Defendants were each served with the Complaint and Summons on May 13, 2026, such that their present deadline to respond to the Complaint is June 3, 2026 [Dkt. 7]; and

WHEREAS, Plaintiff has consented to a fourteen-day extension for Defendants to respond to the Complaint so that Defendants can locate counsel in this matter.

NOW, THEREFORE, Plaintiff and Defendants agree that Defendants' deadline to respond to the Complaint shall be June 17, 2026.

Dated: June 1, 2026

Respectfully submitted,

**MOHRMAN, KAARDAL & ERICKSON, P.A.**
**LOCAL COUNSEL**

Erick G. Kaardal, MN. No. 229647
Elizabeth A. Nielsen, MN. No. 0403696
**MOHRMAN, KAARDAL & ERICKSON, P.A.**
150 South 5th Street, Suite 3100
Minneapolis, MN 55402
Telephone: (612) 341-1074
Email: kaardal@mklaw.com
Email: nielsen@mklaw.com

**SWEIGART MURDOCK, LLP**

*/s/ Jesse D. Franklin-Murdock*
Jesse D. Franklin-Murdock*
California Bar No. 339034
Karin M. Sweigart*
California Bar No. 247462
**SWEIGART MURDOCK, LLP**
1160 Battery Street, Suite 100
San Francisco, California 94111
Telephone: (415) 873-0123
Facsimile: (873) 890-0791
Email: Jesse@sm-llp.com
Email: Karin.Sweigart@sm-llp.com

*Attorneys for Plaintiff Savanah Hernandez*

*admitted *pro hac vice*

/s/ *Christopher Ostroushko*
Christopher Ostroushko
3356 Malcolm Court SW
Prior Lake, Minnesota 55372
costroushko@gmail.com

*Defendant pro se*

/s/ *DeYanna Ostroushko*
DeYanna Ostroushko
3356 Malcolm Court SW
Prior Lake, Minnesota 55372
Dostroushko@gmail.com

*Defendant pro se*

/s/ *Paige Ostroushko*
Paige Ostroushko
3356 Malcolm Court SW
Prior Lake, Minnesota 55372
postroushko@gmail.com

*Defendant pro se*