**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| SAVANAH HERNANDEZ,<br>*Plaintiff*,<br>v.<br>CHRISTOPHER OSTROUSHKO; DEYANNA OSTROUSHKO; AND PAIGE OSTROUSHKO,<br>*Defendants*. | Case No. 0:26-cv-02517<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

The Court, having reviewed the parties' Stipulation to Extend Deadline for Defendants to Respond to Complaint [Dkt. 9], and good cause appearing therefor, hereby ORDERS:

Defendants Christopher Ostroushko, DeYanna Ostroushko, and Paige Ostroushko's respective deadlines to respond to the Complaint shall be extended from June 3, 2026, to June 17, 2026.

**IT IS SO ORDERED.**

Honorable Dulce J. Foster
United States Magistrate Judge