UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Savanah Hernandez,

Plaintiff,

v.

Christopher Ostroushko, *et al.*,

Defendants.

Court File No. 26-cv-02517 (JMB/DJF)

**NOTICE OF APPEARANCE**

---

The undersigned attorney hereby notifies the Court and counsel that Kevin C. Riach of The Law Firm of Kevin C. Riach, P.L.L.C. shall appear as counsel of record for Defendants Christopher Ostroushko, DeYanna Ostroushko, and Paige Ostroushko in this case.

Respectfully Submitted,

Dated: June 15, 2026

*/s/ Kevin C. Riach*

Kevin C. Riach (#0389277)
**LAW OFFICE OF KEVIN C. RIACH**
125 Main St. SE, Suite 339
Minneapolis, MN 55412
Telephone: 612.203.8555
kevin@riachdefense.com
*Attorney for Defendants*