Savanah Hernandez,

          Plaintiff,

v.

Christopher Ostroushko, *et al.*,

          Defendants.

Court File No. 26-cv-02517 (JMB/DJF)

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

The parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Under the current schedule, Defendants' answers or other responses to Plaintiff's Complaint are due on June 17, 2026.

2. On June 15, 2026, Defendants retained attorney Kevin C. Riach to represent them in this matter.

3. Mr. Riach needs time to get up to speed on the case to assist Defendants with their answers or other responses to the Complaint, and Mr. Riach will be out of the office from June 17 until the end of June.

4. Given Mr. Riach's need to familiarize himself with the facts of this case and confer with Defendants, his travel schedule, and the intervening July 4 holiday, the parties stipulate and agree that good cause exists for a six-week extension of Defendants' time to respond, which would result in a new deadline for Defendants to respond of July 29, 2026.

5. For these reasons, the parties respectfully request that the Court approve this stipulation and enter the Proposed Order submitted herewith extending the deadline as set forth above.

Respectfully Submitted,

Dated: June 15, 2026

/s/ Kevin C. Riach
Kevin C. Riach (#0389277)
**LAW OFFICE OF KEVIN C. RIACH**
125 Main St. SE, Suite 339
Minneapolis, MN 55412
Telephone: 612.203.8555
kevin@riachdefense.com
*Attorney for Defendants*

**MOHRMAN, KAARDAL & ERICKSON, P.A.**
**LOCAL COUNSEL**

Erick G. Kaardal, MN. No. 229647
Elizabeth A. Nielsen, MN. No. 0403696
**MOHRMAN, KAARDAL & ERICKSON, P.A.**
150 South 5th Street, Suite 3100
Minneapolis, MN 55402
Telephone: (612) 341-1074
Email: kaardal@mklaw.com
Email: nielsen@mklaw.com

**SWEIGART MURDOCK, LLP**
/s/ Jesse D. Franklin-Murdock
Jesse D. Franklin-Murdock*
California Bar No. 339034
Karin M. Sweigart*
California Bar No. 247462
**SWEIGART MURDOCK, LLP**
1160 Battery Street, Suite 100
San Francisco, California 94111

2

Telephone: (415) 873-0123
Facsimile: (873) 890-0791
Email: Jesse@sm-llp.com
Email: Karin.Sweigart@sm-llp.com
Attorneys for Plaintiff Savanah Hernandez
*admitted *pro hac vice*