**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Savanah Hernandez,

              Plaintiff,

v.

Christopher Ostroushko,
DeYanna Ostroushko,
Paige Ostroushko,

              Defendants.

Civil No. 26-cv-2517 (JMB/DJF)

**ORDER OF RECUSAL**

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses herself in this matter.

Dated:  June 16, 2026

*s/ Dulce J. Foster*
DULCE J. FOSTER
United States Magistrate Judge