UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Savanah Hernandez,

Plaintiff,

v.

Christopher Ostroushko, *et al.*,

Defendants.

Court File No. 26-cv-2517 (JMB/DLM)

**JOINT MOTION FOR BRIEFING SCHEDULE AND EXTENSION OF TIME TO FILE ANSWER**

---

Defendants intend to file a Motion to Stay this case until completion of the related criminal matter currently pending in this District. *See* Indictment, *United States v. Ostroushko, et al.*, Case No. 26-cr-86 (NEB/JFD) (D. Minn., filed April 28, 2026). Defendants have reached out to the Court to obtain a motion hearing date for their Motion to Stay, but one has not yet been set. The parties have met and conferred and respectfully request that, once a hearing date is set, the Court set the following briefing and pleading schedule in connection with Defendants' Motion to Stay, pursuant to Local Rules 6.1, 7.1 and 16.1(a).

Specifically, the parties jointly request that the Court order as follows:

- Defendants' Motion to Stay and supporting memorandum shall be filed no later than fourteen days prior to the hearing;
- Plaintiff's memorandum opposing Defendants' Motion to Stay shall be filed no later than seven days prior to the hearing;
- Defendants shall file their Answer to Plaintiff's Complaint:

- If the Court denies Defendants' Motion to Stay, fourteen (14) days after such Order is filed; or

- If the Court grants Defendants' Motion to Stay, fourteen (14) days after final judgment is entered against all Defendants in *United States v. Ostroushko*, *et al.*, Case No. 26-cr-86 (NEB/JFD).[1]

The parties respectfully request that the Court issue this briefing and pleading schedule because of their need to obtain materials in support and opposition of the Motion to Stay, and in the interests of judicial efficiency and efficiency of litigation for the parties.

Respectfully Submitted,

Dated: July 29, 2026

*/s/ Kevin C. Riach*
Kevin C. Riach (#0389277)
**LAW OFFICE OF KEVIN C. RIACH**
125 Main St. SE, Suite 339
Minneapolis, MN 55412
Telephone: 612.203.8555
kevin@riachdefense.com
*Attorney for Defendants*

**MOHRMAN, KAARDAL & ERICKSON, P.A.**
**LOCAL COUNSEL**

Erick G. Kaardal, MN. No. 229647
Elizabeth A. Nielsen, MN. No. 0403696
**MOHRMAN, KAARDAL & ERICKSON, P.A.**
150 South 5th Street, Suite 3100
Minneapolis, MN 55402
Telephone: (612) 341-1074
Email: kaardal@mklaw.com
Email: nielsen@mklaw.com

[1] The parties agree that, by entering into this joint motion, Plaintiff does not waive her right to seek a lift of any stay entered should circumstances support lifting of the stay while the criminal case remains pending.

**SWEIGART MURDOCK, LLP**
*/s/ Jesse D. Franklin-Murdock*
Jesse D. Franklin-Murdock*
California Bar No. 339034
Karin M. Sweigart*
California Bar No. 247462
**SWEIGART MURDOCK, LLP**
1160 Battery Street, Suite 100
San Francisco, California 94111
Telephone: (415) 873-0123
Facsimile: (873) 890-0791
Email: Jesse@sm-llp.com
Email: Karin.Sweigart@sm-llp.com
Attorneys for Plaintiff Savanah Hernandez
*admitted *pro hac vice*