UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Savanah Hernandez,

Plaintiff,

v.

Christopher Ostroushko, *et al.*,

Defendants.

Court File No. 26-cv-2517 (JMB/DLM)

**[PROPOSED] ORDER**

---

Based on all the files and pleadings herein, the parties' Joint Motion for Briefing Schedule and Extension of Time to Answer is hereby **GRANTED.**

Pursuant to Local Rule 16.1(a), the Court enters the following briefing schedule on Defendants' Motion to Stay: (1) Defendants' memorandum supporting their Motion to Stay shall be filed no later than fourteen days before the hearing on the Motion to Stay; and (2) Plaintiff's memorandum opposing Defendants' Motion to Stay shall be filed no later than seven days before the hearing on the Motion to Stay.

Further, the Court extends the time for Defendants to file their Answer to Plaintiffs' Complaint as follows. First, if the Court denies Defendants' Motion to Stay, Defendants shall file their Answer no later than fourteen (14) days after such Order is filed. Second, if the Court grants Defendants' Motion to Stay, Defendants shall file their Answer no later than fourteen (14) days after final judgment is entered against all Defendants in *United States v. Ostroushko*, *et al.*, Case No. 26-cr-86 (NEB/JFD).

It is so **ORDERED.**

Dated: ________________

________________________________
The Honorable Douglas L. Micko
United States Magistrate Judge