UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Savanah Hernandez,

Plaintiff,

v.

Christopher Ostroushko, *et al.*,

Defendants.

Court File No. 26-cv-02517 (JMB/DLM)

**NOTICE OF HEARING ON MOTION**

---

**PLEASE TAKE NOTICE** that Defendants' Motion to Stay will be heard before the Honorable Douglas L. Micko, on October 5, 2026, at 2:00 p.m., via Zoom.

Respectfully Submitted,

Dated: July 30, 2026

*/s/ Kevin C. Riach*

Kevin C. Riach (#0389277)
**LAW OFFICE OF KEVIN C. RIACH**
125 Main St. SE, Suite 339
Minneapolis, MN 55412
Telephone: 612.203.8555
kevin@riachdefense.com
*Attorney for Defendants*