# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Savanah Hernandez,

                Plaintiff,

v.

Christopher Ostroushko, DeYanna
Ostroushko, and Paige Ostroushko,

                Defendants.

No. 26-cv-2517 (JMB/DLM)

**ORDER**

Based on all the files and pleadings herein, the parties' Joint Motion for Briefing Schedule and Extension of Time to Answer (Doc. 18) is hereby **GRANTED.**

Pursuant to Local Rule 16.1(a), the Court enters the following briefing schedule on Defendants' Motion to Stay: (1) Defendants' memorandum supporting their Motion to Stay shall be filed no later than fourteen (14) days before the hearing on the Motion to Stay; and (2) Plaintiff's memorandum opposing Defendants' Motion to Stay shall be filed no later than seven (7) days before the hearing on the Motion to Stay.

Further, the Court extends the time for Defendants to file their Answer to Plaintiff's Complaint as follows. First, if the Court denies Defendants' Motion to Stay, Defendants shall file their Answer no later than fourteen (14) days after such Order is filed. Second, if the Court grants Defendants' Motion to Stay, Defendants shall file their Answer no later than fourteen (14) days after final judgment is entered against all Defendants in *United States v. Ostroushko*, *et al.*, Case No. 26-cr-86 (NEB/JFD).

It is so **ORDERED.**

DATED:  July 31, 2026

_s/Douglas L. Micko_____
DOUGLAS L. MICKO
United States Magistrate Judge