UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Savanah Hernandez,

Plaintiff,

v.

Christopher Ostroushko, *et al.*,

Defendants.

Court File No. 26-cv-2517 (JMB/DLM)

**DEFENDANTS' MOTION TO STAY**

---

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendants hereby move the Court to stay this action pending the outcome of the federal prosecution against them, *U.S. v. Christopher Ostroushko, et. al.*, Case No. 26-cr-00086 (D. Minn., April 28, 2026). Without a stay, Defendants will not be able to effectively defend themselves against this action, the criminal charges, or both.

Respectfully submitted,

Dated: September 21, 2026

*/s/ Kevin C. Riach*

Kevin C. Riach (#0389277)
**LAW OFFICE OF KEVIN C. RIACH**
125 Main St. SE, Suite 339
Minneapolis, MN 55412
Telephone: 612.203.8555
kevin@riachdefense.com
*Attorney for Defendants*