UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Savanah Hernandez,

Plaintiff,

v.

Christopher Ostroushko, *et al.*,

Defendants.

Court File No. 26-cv-2517 (JMB/DLM)

**RULE 7.1 WORD COUNT CERTIFICATE**

---

**CERTIFICATE OF COMPLIANCE**

The undersigned attorney for Defendants certifies this memorandum complies with the type-volume limitation of D. Minn. LR 7.1(f) and the type size limitation of D. Minn. LR 7.1(h). The memorandum has 2,229 words of type, font size 13. The memorandum was prepared using Microsoft Word 365, which includes all text, including headings, footnotes and quotations in the word count.

Respectfully submitted,

Dated: September 21, 2026

*/s/ Kevin C. Riach*

Kevin C. Riach (#0389277)
**LAW OFFICE OF KEVIN C. RIACH**
125 Main St. SE, Suite 339
Minneapolis, MN 55412
Telephone: 612.203.8555
kevin@riachdefense.com
*Attorney for Defendants*