UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Savanah Hernandez,

Plaintiff,

v.

Christopher Ostroushko, *et al.*,

Defendants.

Court File No. 26-cv-2517 (JMB/DLM)

**MEET AND CONFER STATEMENT**

---

I, Kevin C. Riach, hereby certify that on July 27, 2026, I met and conferred telephonically with Plaintiff's counsel regarding Defendants' Motion for a Stay, in accordance with Local Rule 7.1(a). The parties were not able to resolve the Motion.

Respectfully submitted,

Dated: September 21, 2026

*/s/ Kevin C. Riach*

Kevin C. Riach (#0389277)
**LAW OFFICE OF KEVIN C. RIACH**
125 Main St. SE, Suite 339
Minneapolis, MN 55412
Telephone: 612.203.8555
kevin@riachdefense.com
*Attorney for Defendants*