UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Savanah Hernandez,

Plaintiff,

v.

Christopher Ostroushko, *et al.*,

Defendants.

Court File No. 26-cv-2517 (JMB/DLM)

**[PROPOSED] ORDER**

---

Based on all the files and proceedings herein, and for good cause shown, Defendants' Motion to Stay is hereby **GRANTED.**

All deadlines and proceedings in this case shall be stayed until final judgment is entered against all Defendants in *U.S. v. Christopher Ostroushko, et. al.*, Case No. 26-cr-00086 (NEB/JFD). Within seven days after the conclusion of that matter, the parties must notify the Court by filing a joint status report.

**IT IS SO ORDERED.**

Dated: ________________

______________________________
The Honorable Douglas L. Micko
United States Magistrate Judge