**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| SAVANAH HERNANDEZ,<br>*Plaintiff*,<br>v.<br>CHRISTOPHER OSTROUSHKO; DEYANNA OSTROUSHKO; AND PAIGE OSTROUSHKO,<br>*Defendants*. | Case No. 0:26-cv-02517<br>**L.R. 7.1 WORD COUNT COMPLIANCE CERTIFICATE FOR PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO STAY** |

I, Jesse D. Franklin-Murdock, certify that Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Stay complies with District of Minnesota Local Rules 7.1(f) and (h). I further certify that, in preparation of this brief, I used Microsoft Office Word 2007 in 13-point Times New Roman font, and this word-processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the word count.

I further certify that Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Stay contains 4,192 words, excluding the caption designation required by LR 5.2, the signature-block text, and this certificate.

Dated: September 28, 2026

Respectfully submitted,

**MOHRMAN, KAARDAL & ERICKSON, P.A.**
**LOCAL COUNSEL**

Erick G. Kaardal, MN. No. 229647
Elizabeth A. Nielsen, MN. No. 0403696
**MOHRMAN, KAARDAL & ERICKSON, P.A.**
150 South 5th Street, Suite 3100
Minneapolis, MN 55402
Telephone: (612) 341-1074
Email: kaardal@mklaw.com
Email: nielsen@mklaw.com

**SWEIGART MURDOCK, LLP**

*/s/ Jesse D. Franklin-Murdock*
Jesse D. Franklin-Murdock*
California Bar No. 339034
Karin M. Sweigart*
California Bar No. 247462
**SWEIGART MURDOCK, LLP**
1160 Battery Street, Suite 100
San Francisco, California 94111
Telephone: (415) 873-0123
Facsimile: (873) 890-0791
Email: Jesse@sm-llp.com
Email: Karin.Sweigart@sm-llp.com

*Attorneys for Plaintiff Savanah Hernandez*

*admitted *pro hac vice*