**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| SAVANAH HERNANDEZ, *Plaintiff*,<br><br>v.<br><br>CHRISTOPHER OSTROUSHKO; DEYANNA OSTROUSHKO; AND PAIGE OSTROUSHKO, *Defendants*. | Case No. 0:26-cv-02517<br><br>**DECLARATION OF JESSE D. FRANKLIN-MURDOCK** |

I, Jesse D. Franklin-Murdock, declare as follows:

1. I am over the age of eighteen and am competent to testify as to the matters herein. The following is based on personal knowledge unless otherwise stated.

2. I am a partner at the law firm Sweigart Murdock, LLP, and I am licensed to practice law in all state and federal courts in the States of California and Hawaii. I have been admitted to this Court *pro hac vice* to represent Plaintiff Savanah Hernandez.

3. Attached hereto as **Exhibit 1** is DeYanna Ostroushko's Petition for Harassment Restraining Order, Case No. 27-HA-CV-27-853 (Hennepin County Dist. Ct.), dated April 17, 2026. I redacted the Petition to remove Ms. Ostroushko's and Ms. Hernandez's personal identifying information, but it is otherwise true and correct.

4. Attached hereto as **Exhibit 2** is Paige Ostroushko's Petition for Harassment Restraining Order, Case No. 70-CV-26-5953 (Scott County Dist. Ct.), dated April 18, 2026. I redacted the Petition to remove Ms. Ostroushko's and Ms. Hernandez's personal identifying information, but it is otherwise true and correct.

5. Attached hereto as **Exhibit 3** is Christopher Ostroushko's Petition for Harassment Restraining Order, Case No. 27-HA-CV-27-1116 (Hennepin County Dist. Ct.), dated May 13, 2026. I redacted the Petition to remove Mr. Ostroushko's and Ms. Hernandez's personal identifying information, but it is otherwise true and correct.

6. Attached hereto as **Exhibit 4** is a certified transcript of the Harassment Hearing in *Ostroushko v. Hernandez*, Hennepin County District Court, June 26, 2026. I highlighted various sections of the transcript, but it is otherwise true and correct.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the Order for Dismissal in *Christopher Ostroushko v. Savanah Hernandez*, Case No. 27-HA-CV-26-1116, dated June 29, 2026.

8. Attached hereto as **Exhibit 6** is a true and correct copy of the Order for Dismissal in *DeYanna Ostroushko v. Savanah Hernandez*, Case No. 27-HA-CV-26-853, dated June 29, 2026.

9. Attached hereto as **Exhibit 7** is a true and correct copy of the Order for Dismissal of Harassment Restraining Order in *Paige Marie Ostroushko v. Savanah Hernandez*, Case No. 70-CV-26-5953, dated July 7, 2026.

10. I have sent evidence preservation letters to ten non-parties whom I believe possess discoverable evidence related to the incident at issue in this case.

11. It is my understanding that various third parties, including Andrew Mercado, Chad Michael, Darnell Edwards, Oskar Quentin, and Rob Potylo, recorded the incident at issue in this case, or portions of it.

12. I intend to conduct third-party discovery in this case, including: (1) obtaining full, unedited video footage of the incident at issue from as many angles as possible; (2) authenticating the video footage of the incident at issue that various third parties have already uploaded to social media; and (3) deposing eyewitnesses regarding their recollection of events.

13. I am aware of two individuals who witnessed the incident at issue in this case who are also criminal defendants in in *United States v. Levy Armstrong, et al.*, Case No. 26-cr-00025-LMP-DLM (D. Minn.), specifically, Ian Davis Austin and William Scott Kelly.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: September 28, 2026

*/s/ Jesse D. Franklin-Murdock*
Jesse D. Franklin-Murdock