# EXHIBIT 1

Filed in District Court
State of Minnesota
4/17/2026 7:37 PM

| **State of Minnesota** | **District Court** |
|---|---|
| County of: Hennepin | Judicial District: Fourth |
| | Court File Number: 27-HA-CV-26-853 |
| | Case Type: Harassment |

In the Matter of:

DeYanna Ostroushko
Petitioner (first, middle, last)

☐ On behalf of:
Other persons needing protection (first, middle, last)

## Petition for Harassment Restraining Order

Minn. Stat. § 609.748

☒ and for her/himself

vs.

Savanah Hernandez
Respondent (first, middle, last)

1. **Petitioner Information** (You)

Name: (first, middle, last) DeYanna Ostroushko

Date of birth: (month/day/year) [redacted]

Gender: ☐ Male ☒ Female

*Address:*

☐ I am requesting that my **address** be kept confidential by submitting the completed *Confidential Address/Phone Request* form (HAR104) to the court.

**OR**

☒ I am not requesting that my address be kept confidential. My address is:

My Address: [redacted]

City, State, Zip Code: [redacted]

*Phone Number:*

☒ I am requesting that my **phone number** be kept confidential by submitting the completed *Confidential Address/Phone Request* form (HAR104) to the court.

**OR**

☐ I am not requesting that my phone number be kept confidential. My phone number is:

Telephone: ______________________

**2. Email Notification of Service**

**By providing my email address below, I ask to be notified by email when the respondent is served with the Harassment Restraining Order** (HRO). I understand that:

- This is the only email I will receive from the court about the HRO unless I have signed up to receive other court notices via email,
- It will only be possible for the court to notify me by email when service information is received by the court,
- A technical or other error could occur preventing the successful delivery of the email,
- I have other options to learn of the service of the HRO on the respondent, including contacting law enforcement directly, and
- I must provide a valid email address in order to receive this notification of service.

THIS EMAIL ADDRESS WILL BE SEEN BY THE RESPONDENT:

Email address: [redacted]

**3. Who needs protection?**

☒ Me (Petitioner)

☐ My minor children

☐ A person for whom I am appointed the legal guardian (attach Guardianship Order)

For anyone you checked above, other than yourself, please fill out the following:

| Name (first, middle, last) | Gender | Date of Birth | Lives with you? |
|---|---|---|---|
| | ☐ M ☐ F | | ☐ Yes ☐ No |
| | ☐ M ☐ F | | ☐ Yes ☐ No |
| | ☐ M ☐ F | | ☐ Yes ☐ No |
| | ☐ M ☐ F | | ☐ Yes ☐ No |
| | ☐ M ☐ F | | ☐ Yes ☐ No |
| | ☐ M ☐ F | | ☐ Yes ☐ No |

4. **Respondent Information:** (Person you want protection from)

Name: (first, middle, last) Savanah Hernandez

Address: [redacted]

City, State, Zip Code [redacted]

Telephone: [redacted]

Race: Hispanic Gender ☐ Male ☒ Female

Date of birth: ________ If unknown, age or approximate age 23

(Respondent's race, gender, and date of birth or approximate age are required for reporting requirements.)

Answer these questions *only if* Respondent is younger than 18:
Respondent's parent's or guardian's name:

______________________

Parent or guardian address:

______________________

> If Respondent is under 18 years old, service must be made on Respondent ***and*** Respondent's parent or guardian.

5. What are the relationship(s) between the respondent and the people who need protection? Check all that apply.
   - ☐ Married
   - ☐ Divorced
   - ☐ Currently living together
   - ☐ Lived together in the past
   - ☐ Have a child together
   - ☐ Have an unborn child together
   - ☐ Parent/Child
   - ☒ Other/None of the above. Please explain:
     She is a public figure that I met at the Whipple Federal Building.

## OTHER COURT CASES

6. a) How many restraining orders have been in effect, ordering Respondent to stay away from each person you included at #3 above? ☒ none ☐ one ☐ two or more. For each restraining order provide:

| Court File Number, if known | County and State where the court is located |
|---|---|
| | |

| | |
|---|---|
| | |
| | |

b) Does Respondent have a current Harassment Restraining Order or Order for Protection against you?

☐ Yes, Case File Number (if known)________________ ☒ No, I am not aware of any.

7. The following court cases involve me and the Respondent in issues of child custody or parenting time:

| Court File Number | County and State where the court is located |
|---|---|
| | |
| | |
| | |

**ACTS OF HARASSMENT**

8. Respondent has harassed the victim(s) (the person or persons listed in #3 above) as follows:
   - Check all boxes that apply and give the date and details of each incident. If the exact date is not known, provide a date range.
   - To get a HRO, you must describe actions that meet the legal definition of harassment in Minnesota. See the *Instructions* (HAR101) for the definition of harassment.
   - If you need more space, include additional pages and continue your description there. If filing on paper, do not write on the back of any page.

☒ a. Respondent physically or sexually assaulted the victim as follows:
Date (date range): April 11th, 2026

Savannah grabbed my neck and physically assaulted me while I was trying to protect my daughter, whom she had already punched twice and assaulted.

☐ b. Respondent has followed, monitored, or pursued the victim as follows:
Date (date range): ______________________________________________

☐ c. Respondent made uninvited visits to the victim as follows:
Date (date range): ______________________________________________

☐ d. Respondent made harassing phone calls or sent harassing text messages to the victim as follows:
Date (date range): ______________________________________________

☐ e. Respondent made threats to the victim as follows:
Date (date range): ______________________________________________

☐ f. Respondent frightened the victim with threatening behavior as follows:
Date (date range): ______________________________________________

☐ g. Respondent broke into and entered the victim's residence as follows:
Date (date range): ______________________________

☐ h. Respondent damaged the victim's property as follows:
Date (date range): ______________________________

☐ i. Respondent stole property from the victim as follows:
Date (date range): ______________________________

☐ j. Respondent took pictures of the victim without permission as follows:
Date (date range): ______________________________

☐ k. Respondent shared private sexual images of the victim without permission as follows:
Date (date range): ______________________________

☐ l. Respondent used the victim's personal information, without consent, to invite, encourage, or solicit a third party to engage in a sexual act with the victim as follows:
Date (date range): ______________________

☐ m. More than once, Respondent has done acts that meet the legal definition of "targeted residential picketing" by:
Date (date range): ______________________

☐ n. The Respondent has been told not to come to certain public events that the victim attends because:

After that, Respondent attended public events that the victim attended: (List dates, places and name of events)

These acts by Respondent show a pattern of attending public events while knowing that attending is harassing to the victim.

☒ o. Respondent used social media to harass the victim by:
Date (date range): April 11th, 2026
See attachment to Petition – Acts of Harassment

☒ p. Other:

Date (date range): April 11th, 2026

Social Media defamation and harrassment.

9. Describe the effect the harassment has upon the victim's safety, security or privacy:

She has blatantly misrepresented what happened, sharing only her perspective and claiming she was the one being assaulted. However, video footage shows that she assaulted me once and my daughter three times. She is a social media influencer with a large following, and by sharing our personal information phone number and address, she has enabled it to spread viral as part of a defamation and hate campaign. This has created a serious and ongoing threat to my family's safety.

10. Do you believe the harassment will continue? ☒ Yes ☐ No Why?

Because she is playing the victim when she assaulted us

11. I ask the Court to issue a HRO as follows:

☒ a. Respondent shall not harass:

☒ me

☐ minor children for whom I am the parent, legal guardian, or stepparent

☐ an adult ward for whom I am the legal guardian

☒ b. Respondent shall have no contact with ☒ me ☐ the minor children ☐ an adult ward listed in #3 above.

☒ c. Respondent shall stay away from where I/we live (when the Respondent knows or becomes aware of the address):

i. ☐ My address is confidential [the Court cannot order Respondent to stay away from a specific address when the Respondent doesn't know that address]

OR

My home address: [redacted]

☐ A reasonable distance or area surrounding my home, specifically as follows:
5 miles away from my house.

Except as follows:

ii. ☐ The home of ______________________________ [*protected person(s)*].

☐ The address is confidential

OR

☐ The home address at: ______________________________

☐ A reasonable distance or area surrounding this home, specifically as follows:

Except as follows:

☐ d. Order the Respondent not to call or enter ☐ Petitioner's ☐________________'s workplace including all land, parking lots and buildings at:

Employer Name: ______________________________________________

Address: ______________________________________________

Except as follows:

Is there another workplace? ☐ Yes ☐ No

If **Yes**:

Employer Name: ______________________________________________

Address:______________________________________________

Except as follows:

☐ e. Other:

**COURT HEARING**

Petitioner: Read these Notices about a Hearing.

- You have a right to request a court hearing. **Respondent will be served a copy of this Petition if there is a hearing.**
- If the judicial officer dismisses your case because it has no merit, no hearing will be held.
- The judicial officer can issue a HRO *without* a court hearing if the judicial officer finds there is immediate and present danger of harassment.
- If the judicial officer issues a HRO without a hearing, the Respondent can request a hearing within 20 days of the date the Petition is served. If Respondent requests a hearing, the court will notify you by mail at least five days before the hearing date.
- If there is a hearing, you must attend the hearing and prove that the statements in your Petition are true, and that Respondent's actions are harassment, as defined by Minnesota law.

*12. Choose a. or b.*

☒ a. I am not requesting a court hearing at this time. But if the court denies my request for a HRO because the court finds there is no immediate and present danger of harassment, then ☒ I want ☐ I don't want a court hearing.

OR

☐ b. I am requesting a court hearing.

13. I request a HRO for a length of:

☐ Until the following date:__________________, which is less than 2 years from today.

☒ 2 years

☐ Up to 50 years because:

☐ I have two or more prior restraining orders against Respondent (listed at #6 above.)

☐ Respondent has violated a prior or existing restraining order between us on two or more occasions.

**I understand the court will likely schedule a court hearing for any request over 2 years.**

I declare under penalty of perjury that everything I have stated in this document is true and correct. Minn. Stat. § 358.116.

Dated: 4/18/2026

Scott County, Minnesota
County and state where signed

/s/ DeYanna Ostroushko
Signature

Name DeYanna Ostroushko
(If you have asked to keep your address and/or phone number confidential, do not include it here)
Address [redacted]
City/State/Zip [redacted]
Telephone________
E-mail address: [redacted]

***Notice:*** *If your address or telephone changes, you must give Court Administration your new information right away, in writing.*

Filed in District Court
State of Minnesota
4/17/2026 7:37 PM

**Attachment to Petition – Acts of Harassment**

***Continued from Question #8(o)***

Respondent used social media to harass the victim by:

After assaulting my daughter and me at the Whipple Federal Building, she was escorted out by police. She then returned to her hotel and posted selectively edited footage from her perspective, claiming she was the victim while omitting the full context and truth of what occurred. She also engaged in doxxing by publishing our personal information online, including our home address and phone number. Since then, we have received harassing calls and death threats from individuals influenced by her posts. These actions have caused significant harm and constitute defamation against us.