# EXHIBIT 7

Filed in District Court
State of Minnesota
July 7, 2026

State of Minnesota
Scott County

District Court
First Judicial District
Court File Number: 70-CV-26-5953
Case Type: Harassment

# Order for Dismissal of Harassment Restraining Order

Paige Marie Ostroushko Vs Savannah Hernandez

To the Petitioner/Respondent named above:

Based on the Petitioner's request, the Court makes the following order:

The Harassment Restraining Order issued on April 21, 2026 against the above-named Respondent is dismissed.

**Recommended By:**

Referee of District Court Dated

**By the Court:**

07/07/2026 11:55:58 AM

Judge of District Court Dated
Judge Lauren Johnson

**Distribution**

- ☐ Copy for Petitioner
- ☐ Copy for Sheriff
- ☐ Copy for Respondent
- ☐ Copy for local police department
- ☐ Other: